**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CORE Landscape, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FKA CORE Sprinkler, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3572202** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**937 W. Linger Lane**<br>**Phoenix, AZ 85021**<br>Number, Street, City, State & ZIP Code<br><br>**Maricopa**<br>County<br><br>**Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District ____ When ____ Case number ____

District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor **Aaron Merkow** Relationship **Manager/Member**

District **District of Arizona** When ____ Case number, if known ____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 12, 2026**
MM / DD / YYYY

*X* **/s/ Aaron Merkow**
Signature of authorized representative of debtor

**Aaron Merkow**
Printed name

Email Address of debtor

Title

**18. Signature of attorney**

*X* **/s/ Patrick Keery**
Signature of attorney for debtor

Date **October 12, 2026**
MM / DD / YYYY

**Patrick Keery**
Printed name

**Fennemore Craig, P.C.**
Firm name

**2394 East Camelback Road**
**Suite 600**
**Phoenix, AZ 85016**
Number, Street, City, State & ZIP Code

Contact phone **6029165365** Email address **pkeery@fennemorelaw.com**

**030971 AZ**
Bar number and State

# United States Bankruptcy Court
## District of Arizona

In re **CORE Landscape, LLC** Debtor(s)

Case No.

Chapter **11**

☐ Check if this is an Amended/Supplemental Mailing List (Include only newly added or changed creditors.)

# MAILING LIST DECLARATION

I, the of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **2** sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: **October 12, 2026**

**/s/ Aaron Merkow**
**Aaron Merkow**/
Signer/Title

Date: **October 12, 2026**

**/s/ Patrick Keery**
Signature of Attorney
**Patrick Keery**
**Fennemore Craig, P.C.**
**2394 East Camelback Road**
**Suite 600**
**Phoenix, AZ 85016**
**6029165365**

ALLIANT CREDIT UNION
PO BOX 66945
CHICAGO IL 60666-6945

ALLY FINANCIAL
PO BOX 380902
BLOOMINGTON MN 55438-0902

AMERICAN EXPRESS
C/O CT CORPORATION SYSTEM
28 LIBERTY STREET
NEW YORK NY 10005

ARIZONA DEPARTMENT OF REVENUE
OFFICE OF THE AZ ATTORNEY GENERAL - BCE
2005 N. CENTRAL AVE., SUITE 100
PHOENIX AZ 85004

BAYFIRST NATIONAL BANK - LOAN 1
ATTN: SBA SERVICING DEPARTMENT
700 CENTRAL AVE., SUITE 100
SAINT PETERSBURG FL 33701

BAYFIRST NATIONAL BANK - LOAN 2
ATTN: SBA SERVICING DEPARTMENT
700 CENTRAL AVE., SUITE 100
SAINT PETERSBURG FL 33701

CHASE - SOUTHWEST CARD
PO BO 15123
WILMINGTON DE 19850-5123

FORD MOTOR CREDIT
PO BOX 650575
DALLAS TX 75265

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

KAPITUS
2500 WILSON BLVD., UNIT 350
ARLINGTON VA 22201

U.S. SMALL BUSINESS ADMINISTRATION
CESC-COVID EIDL SERVICE CENTER
14925 KINGSPORT RD.
FORT WORTH TX 76155

WEBBANK/INTUIT FINANCING
C/O QUICKBOOKS CAPITAL
PO BOX 842978
DALLAS TX 75284-2978

WELLS FARGO EQUIPMENT FINANCING
PO BOX 659713
SAN ANTONIO TX 78265-9713

WELLS FARGO SBL/LOC
PO BOX 29482
PHOENIX AZ 85038-8560

WELLS FARGO SIGNIFY BUSINESS CASH CARD
C/O SBCS - ACCOUNT SERVICING TEAM
PO BOX 40310
MESA AZ 85274