FENNEMORE

**FENNEMORE CRAIG, P.C.**
Patrick Keery (No. 030971)
2394 E. Camelback Rd., Suite 600
Phoenix, Arizona 85016-9077
Telephone: (602) 916-5000
Email: pkeery@fennemorelaw.com
*Proposed Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>**CORE LANDSCAPE, LLC,**<br><br>Debtor. | Chapter 11 Proceedings<br><br>[Subchapter V]<br><br>Case No. 2:26-bk-10380-PS<br><br>**NOTICE OF FILING CORPORATE RESOLUTION:**<br>**(A) DESIGNATING MANAGER AARON MERKOW AS "AUTHORIZED PERSON";**<br>**(B) AUTHORIZING:**<br>**(1) COMMENCEMENT OF CH. 11 BANKRUPTCY PROCEEDING; AND**<br>**(2) RETENTION OF FENNEMORE CRAIG, PC AS BANKRUPTCY COUNSEL** |

Debtor and debtor-in-possession CORE LANDSCAPE, LLC ("**Debtor**") hereby provides this *Notice of Filing Corporate Resolution* ("**Notice**"). Attached to the

Notice as **<u>Exhibit A</u>** is the *Corporate Resolution of Debtor dated August 21, 2026* ("**Corporate Resolution**"). The Corporate Resolution designates Aaron Merkow (the current Manager of Debtor) as the "Authorized Person" who is authorized and empowered to, among other things, commence the instant Ch. 11 bankruptcy proceeding ("**Bankruptcy Proceeding**"), sign and file the requisite bankruptcy papers, schedules and statements and retain Fennemore Craig, P.C. as bankruptcy counsel during the pendency of the Bankruptcy Proceeding.

DATED this 13th day of October, 2026.

Respectfully submitted,

**FENNEMORE CRAIG, P.C.**

By: */s/ Patrick Keery*
Patrick Keery (No. 030971)
*Proposed Attorneys for Debtor*



Case 2:26-bk-10380-PS Doc 4 Filed 10/13/26 Entered 10/13/26 14:12:29 Desc
Main Document Page 2 of 2