FENNEMORE

**FENNEMORE CRAIG, P.C.**
Patrick Keery (No. 030971)
2394 E. Camelback Rd., Suite 600
Phoenix, Arizona 85016-9077
Telephone: (602) 916-5000
Email: pkeery@fennemorelaw.com
*Proposed Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>**CORE LANDSCAPE, LLC,**<br><br>Debtor. | Chapter 11 Proceedings<br><br>[Subchapter V]<br><br>Case No. 2:26-bk-10380-PS<br><br>**NOTICE OF FILING FINANCING STATEMENT REPORT** |

Debtor and debtor-in-possession CORE LANDSCAPE, LLC ("**Debtor**") hereby provides this *Notice of Filing Report of Purported Secured Claims Secured Pursuant to Recorded Financing Statements* ("**Notice**"). Attached to the Notice as **Exhibit A** is a report of all UCC-1 filings located in Arizona (where Debtor's principal business is conducted)("**Financing Statement Report**").

**RESERVATION OF RIGHTS**

Nothing contained in this Notice or any actions taken by the Debtor is intended or should be construed as: (a) an admission as to the validity of any particular claim against a Debtor entity; (b) a waiver of the Debtor's rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this motion; (e) a request or authorization to assume any agreement, contract, or lease pursuant to § 365; (f) a waiver or limitation of the Debtor's rights under the Bankruptcy Code or any other applicable law; or (g) a concession by the Debtor that any liens (contractual, common law, statutory, or otherwise) satisfied, and the Debtor expressly reserves its rights to contest the extent, validity, or perfection or seek avoidance of all such liens.

DATED this 13th day of October, 2026.

Respectfully submitted,

**FENNEMORE CRAIG, P.C.**

By: */s/ Patrick F. Keery*
Patrick F. Keery (No. 030971)
*Proposed Attorneys for Debtors*