FORM VAN−049

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

Case No.: 2:26−bk−10380−PS

CORE LANDSCAPE, LLC
fka CORE SPRINKLER, LLC
937 W LINGER LANE
PHOENIX, AZ 85021
SSAN:
EIN: 81−3572202

Chapter: 11

Debtor(s)

## NOTICE OF HEARING

A hearing in the above−captioned case will be held at the U.S. Bankruptcy Court, **230 N. First Avenue, 6th Floor,, Courtroom 601, Phoenix, AZ** before the **Honorable Paul Sala** on **10/28/26** at **11:00 AM** to consider and act upon the following matter(s):

PETITION FOR AUTHORITY TO RETAIN FENNEMORE CRAIG, PC AS BANKRUPTCY COUNSEL PURSUANT TO SECTION 327

Date: October 15, 2026

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

Khadijia V. White−Thomas